DAVID P. ENZMINGER (CA SBN 137065)
(denzminger@winston.com)
DAVID K. LIN (CA SBN 278404)
(dlin@winston.com)
WINSTON & STRAWN, LLP
333 S. Grand Ave., 38th Floor
Los Angeles, CA 90071-1543
Phone: (213) 615-1700
Fax: (213) 615-1750

Attorneys for Defendant
*NETGEAR, INC.*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC,<br><br>             Plaintiff,<br><br>     v.<br><br>NETGEAR, INC.,<br><br>             Defendant. | Case No. 2:17-cv-08864-AB-RAO<br><br>**DEFENDANT NETGEAR, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Date:  March 23, 2018<br>Time:  10:00 a.m.<br>Ctrm:  7B<br>Judge: Honorable André Birotte Jr. |

**TO THE HONORABLE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on March 23, 2018, at 10:00 a.m., at the First Street Courthouse in Courtroom 7B, Seventh Floor, located at 350 West 1st Street, Los Angeles, CA 90012, Defendant NETGEAR, Inc. shall, and hereby does, move for an order dismissing Plaintiff's Complaint under Fed. R. Civ. P. 12(b)(3) or, alternatively, for an order transferring the case to the Northern District of California pursuant to 28 U.S.C. § 1406(a).  This motion is made following both written and telephonic meet and confer between counsel pursuant to Local Rule 7-3, which took place on February 12, 2018 and involved a substantive discussion of the merits of the contemplated motion.  No resolution was reached.  The motion shall be based on this notice, memorandum of law filed concurrently herewith, such other papers as the parties may file, the hearing on this matter, and on any such other matters as this Court may appropriately consider.

Dated:  February 20, 2018

                              WINSTON & STRAWN LLP

                              By:  */s/ David P. Enzminger*
                                    DAVID P. ENZMINGER
                                    DAVID K. LIN

                                    Attorneys for Defendant
                                    NETGEAR, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2018 the within document was filed with the Clerk of the Court using CM/ECF which will send notification of such filing to the attorneys of record in this case.

*/s/ David P. Enzminger*
DAVID P. ENZMINGER