IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>NETGEAR, INC.,<br><br>                    Defendant. | Case No. 2:17-cv-08864-AB-RAO<br><br>**[PROPOSED] ORDER REGARDING DEFENDANT NETGEAR, INC.'S MOTION TO DISMISS FOR IMPROPER VENUE**<br><br>Judge: Honorable André Birotte Jr. |

On this day, the Court heard Defendant NETGEAR, Inc.'s Motion to Dismiss for Improper Venue.  After consideration of the motion and any opposition, the evidence in support thereof, and the arguments of counsel, the Court hereby GRANTS the motion.

[Plaintiff's Complaint is dismissed on the basis that venue in this district is improper.]; or

[This case is hereby transferred to the United States District Court for the Northern District of California.]

Dated: _____

_____
Hon. André Birotte Jr.
United States District Judge