# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NETGEAR, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-cv-08864-AB-RAO<br><br>[~~PROPOSED~~] **ORDER GRANTING STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND HEARING RE: MOTION TO DISMISS**<br><br>**DATE:** March 23, 2018<br>**TIME:** 10:00 a.m.<br>**CTRM:** 7B<br><br>**Hon. André Birotte Jr.** |

The Court having considered Plaintiff, Timely Inventions, LLC, and Defendant Netgear, Inc.'s stipulated request that the time for Plaintiff to Respond to Defendant's Motion to Dismiss for Improper Venue (Dkt. No. 21), and for good cause shown,

IT IS ORDERED that the time in which Plaintiff must respond to Defendant's Motion to Dismiss is extended from March 2, 2018 to March 23, 2018.

IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss be extended from March 23, 2018 to April 13, 2018 at 10:00 a.m.

DATED: March 20, 2018

_____
Hon. André Birotte Jr.