UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMELY INVENTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>NETGEAR, INC., a Delaware Corporation,<br><br>Defendant. | Case No. 2:17-cv-08864-AB-RAO<br><br>[**PROPOSED**] **ORDER GRANTING SECOND STIPULATION TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS AND TO EXTEND HEARING RE: MOTION TO DISMISS**<br><br>DATE:  April 13, 2018<br>TIME:  10:00 a.m.<br>CTRM:  7B<br><br>Hon. André Birotte Jr. |

The Court having considered Plaintiff, Timely Inventions, LLC, and Defendant Netgear, Inc.'s stipulated request that the time for Plaintiff to Respond to Defendant's Motion to Dismiss for Improper Venue (Dkt. No. 21), and for good cause show,

IT IS ORDERED that the time in which Plaintiff must Respond to Defendant's Motion to Dismiss is extended from March 23, 2018 to April 13, 2018.

| | |
|---|---|
| 1 | IT IS FURTHER ORDERED that the hearing on Defendant's Motion to Dismiss be extended from April 13, 2018 to May 4, 2018 at 10:00 a.m. |

DATED: <u>March 27, 2018</u>

_____
Hon. André Birotte Jr.

-2-